**Dismissed and Opinion Filed February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00039-CV

**JOHN L. WRIGHT, Appellant**
**V.**
**TEXAS MUTUAL INSURANCE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13703**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

By letter dated January 23, 2014, the Court raised a question concerning its jurisdiction over this appeal because it appeared that the notice of appeal in this case was not filed within the time limits of the Texas Rules of Appellate Procedure. The Court requested appellant to provide a letter brief to the Court explaining how the Court had jurisdiction over this appeal. Appellant brought this suit complaining of injuries suffered in the course of his employment and the disposition of his claims related to the injuries by his employer's insurance carrier. The final judgment in this case was signed on November 14, 2013. Appellant did not file a post-judgment motion extending the appellate timetable. Thus, appellant's notice of appeal was due thirty days from the date the judgment was signed, on or before December 16, 2013. Appellant filed his

notice of appeal on January 10, 2014. Appellant contends that he relied on advice from the district clerk's office that he had sixty days in which to perfect an appeal. In the absence of a post-judgment motion extending the appellate timetable, notice of appeal is due thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b). Accordingly, the Court **DISMISSES** the appeal. Based on the Court's disposition of this case, the Court **DENIES** the motion for extension of time to file the reporter's record in this case as moot.

140039F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN L. WRIGHT, Appellant

No. 05-14-00039-CV          V.

TEXAS MUTUAL INSURANCE, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-13703.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee TEXAS MUTUAL INSURANCE recover its costs of this appeal from appellant JOHN L. WRIGHT.

Judgment entered this 27th day of February, 2014.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE